# UNITED STATES COURT OF APPEALS
## for the
## SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 14th day of February, two thousand and twenty-three,

_____

Brandon Hanks, and other similarly situated individuals,

   Plaintiff - Appellant,

v.

City of Syracuse, Kenton Buckner, In his individual capacity, Deputy Chief Richard Trudell, In his individual capacity, Deputy Chief Joseph Cecile, In his individual capacity, Captain Timothy Gay, In his individual capacity, Colin Hillman, In his individual capacity, Derek Mcgork, In his individual capacity, William Kittell, In his individual capacity, Anothony Fiorini, In his individual capacity, David Metz, In his individual capacity, Shawn Hauck, In his individual capacity, Susan Izzo, In her individual capacity, Ann Clark, In her individual capacity, Brandon Fougnier, In his individual capacity,

**ORDER**

Docket No: 22-2819

   Defendants - Appellees,

Does 1-100,

   Defendant.

_____

  Counsel for Appellee Ann Clark, Anothony Fiorini, Brandon Fougnier, Timothy Gay, Shawn Hauck, Colin Hillman, Susan Izzo, William Kittell and David Metz has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting May 12, 2023, as the brief filing date.

  It is HEREBY ORDERED that Appellee's brief must be filed on or before May 12, 20223. If the brief is not filed by that date, the appeal will proceed to a merits panel for determination forthwith, and Appellee will be required to file a motion for permission to file a brief and appear at oral argument. A motion to extend the time to file the brief or to seek other

relief will not toll the filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).]

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court